# Exhibit "A"

**From:** "Henry M. Gamboa, P.A." <henry@carlosagilpa.com>
**Subject:** DE-LEON v. FOUR STAR CORP. CATERING, INC. [JOINT SCHEDULING REPORT]
**Date:** August 3, 2011 1:36:42 PM EDT
**To:** <kgrumer@grumerlaw.com>
**Cc:** "'Andrew J. Palma, Esq.'" <andrew@carlosagilpa.com>

1 Attachment, 8 KB

Dear Mr. Grumer:

Aside from my previous email, I just wanted to remind you that we need to discuss the Joint Scheduling Report ordered by the court. Hopefully we will be able to resolve this matter before then but we must begin to work towards complying with the court's requests. Please give me call this week to set up a date and time when we can work on this report.

Sincerely,

Henry M. Gamboa, Esq.
Carlos A. Gil, P.A.
3910 West Flagler Street - Suite 100
Miami, Florida 33134
305-443-2525

CONFIDENTIALITY STATEMENT
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.