# Exhibit "B"

# Henry M. Gamboa, P.A.

**From:** Andrew J. Palma, Esq. [andrew@carlosagilpa.com]
**Sent:** Thursday, August 25, 2011 4:37 PM
**To:** kgrumer@grumerlaw.com
**Cc:** Henry Gamboa
**Subject:** De-Leon v. Four Star Corp. Catering, Inc. et al

Mr. Grumer,

Re: 11-cv-61174-WPD
    De-Leon v. Four Star Corp. Catering, Inc. et al

As per court order I ask that you please contact my office at your convenience to discuss the joint scheduling report, joint proposed order and discovery plan for this action. Also, as I have stated in the past, I would like to speak to you regarding my client's employment and review time records presented by your client that may assist us in working to resolve this matter quickly and without the waste of any more judicial resources.

I look forward to hearing from you shortly and working to resolve our clients' dispute.


Regards,

Andrew J. Palma, Esq
The Law Offices of Carlos A. Gil, P.A
3910 West Flagler Street
Miami, FL 33134
Phone: (305) 443-2525
Fax: (305) 443-2728
Email: Andrew@carlosagilpa.com

The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail or by telephone  at 305-443-2525 and delete the original message. Thank you.

1