# EXHIBIT "C"

From: "Henry M. Gamboa, P.A." <henry@carlosagilpa.com>
Subject: FW: De-Leon v. Four Star Corp. Catering, Inc. et al
Date: September 14, 2011 2:01:36 PM EDT
To: <kgrumer@grumerlaw.com>
Cc: "'Andrew J. Palma, Esq.'" <andrew@carlosagilpa.com>

Dear Mr. Grumer:

On August 11, 2011 my office sent you the attached email suggesting two mediators for your consideration. Unfortunately we have not heard back from you. At this time I would ask that you please let me or Andrew know if you agree to use one of the two mediators we have suggested. If you have someone you would like to recommend please let us know as soon as possible so that we may comply with the court's order.

Sincerely,

Henry M. Gamboa, Esq.
Carlos A. Gil, P.A.
3910 West Flagler Street - Suite 100
Miami, Florida 33134
305-443-2525

CONFIDENTIALITY STATEMENT
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Andrew J. Palma, Esq. [mailto:andrew@carlosagilpa.com]
**Sent:** Thursday, August 11, 2011 3:03 PM
**To:** kgrumer@grumerlaw.com
**Cc:** Henry Gamboa
**Subject:** De-Leon v. Four Star Corp. Catering, Inc. et al

Mr. Grumer,

As per court order we are supposed to choose a mediator and the deadline is approaching. I have personal experience with Karen Evans or Martin Soll. Both are Federal Certified mediators. Please let me know of your agreement to one of these mediators and provide me with dates you are available for mediation. If these mediators are not to you liking, please provide me with alternate names as well as dates so that we may schedule this in compliance with the court order.


Regards,

Andrew J. Palma, Esq
The Law Offices of Carlos A. Gil, P.A
3910 West Flagler Street
Miami, FL 33134
Phone: (305) 443-2525