# Exhibit "D"

# Henry M. Gamboa, P.A.

**From:** Andrew J. Palma, Esq. [andrew@carlosagilpa.com]
**Sent:** Thursday, January 26, 2012 2:09 PM
**To:** Keith Grumer
**Cc:** Kim Graves; May Macaluso; Henry Gamboa; Mariana Veras
**Subject:** Re: De-Leon v. Four Star, et al.

Mr. Grumer,

As per court Order DE 27 granting our motion to compel (DE 24), you had until January 20, 2012 to serve responses to interrogatories that are past due. We have tried to communicate with you and have heard nothing and received no responses to the interrogatories. We need these interrogatories ASAP or will have to file another motion to compel.

Regards,

Andrew J. Palma, Esq
The Law Offices of Carlos A. Gil, P.A
3910 West Flagler Street
Miami, FL 33134
Phone: (305) 443-2525
Fax: (305) 443-2728
Email: Andrew@carlosagilpa.com

The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail or by telephone at 305-443-2525 and delete the original message. Thank you.