# Exhibit "E"

# Henry M. Gamboa, P.A.

**From:** Andrew J. Palma, Esq. [andrew@carlosagilpa.com]
**Sent:** Wednesday, January 18, 2012 10:22 AM
**To:** Keith Grumer
**Cc:** Kim Graves; May Macaluso; Henry Gamboa; Mariana Veras
**Subject:** Re: De-Leon v. Four Star, et al.

Mr. Grumer,

Despite the extra time the court grated, we have still not received any Documents or responses to our Request for Production. The court granted an extension up to January 15, 2012. This serves as our good faith attempt to resolve this matter. If we do not hear from you within 24 hours, we will be forced to file a motion to compel.

Regards,

Andrew J. Palma, Esq
The Law Offices of Carlos A. Gil, P.A
3910 West Flagler Street
Miami, FL 33134
Phone: (305) 443-2525
Fax: (305) 443-2728
Email: Andrew@carlosagilpa.com

The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail or by telephone at 305-443-2525 and delete the original message. Thank you.