# Exhibit "F"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

DIANA DE-LEON and all others similarly situated under 29 U.S.C. 216(b),

CASE NO.: 11- 61174-CIV-DIMITROULEAS

    Plaintiff,

vs.

FOUR STAR CORP. CATERING, INC. and JEFF KOPLOW,

    Defendant(s).
_____/

## AFFIDAVIT OF DIANA DE-LEON

STATE OF FLORIDA    )
    )
COUNTY OF MIAMI-DADE  )

    Before me, the undersigned authority, personally appeared the undersigned party who has executed this Affidavit and who, after being duly sworn by me, under oath, depose(s) and say(s) of their own personal knowledge:

1.    My name is **DIANA DE-LEON**; I am over eighteen years of age; I reside in the United States and I have personal knowledge of the matters set forth herein. I am mentally competent to sign this Affidavit and do so freely, voluntarily and pursuant to my own free will.

2.    I am a Plaintiff in the above described action which is pending before the United States District Court for the Southern District of Florida.

3.    I am making this Affidavit based upon my own personal knowledge and experience for the purpose of establishing the facts set forth below.

4.    I worked for Defendants, FOUR STAR CORP. CATERING, INC. and JEFF KOPLOW

from May 2010 to January 2011 and was compensated at an hourly rate of $8.00 per hour. Although I regularly worked over 40 hours per week I was never compensated for overtime hours at the rate of time and one-half for all hours I worked in excess of forty (40) per workweek as required by the FLSA. Accordingly, I estimate my damages, *as a matter of just and reasonable inference*[1], as follows:

May 2010 - January 2011

| Pay Period Beginning | Total Hours | Overtime (Over 40hrs) | Overtime Owed |
|---|---|---|---|
| May 17, 2010 | 46.50 | 6.50 | $ 26.00 |
| May 24, 2010 | 58.00 | 18.00 | $ 72.00 |
| May 31, 2010 | 46.50 | 6.50 | $ 27.63 |
| June 7, 2010 | 67.50 | 27.50 | $ 116.88 |
| June 14, 2010 | 81.00 | 41.00 | $ 174.25 |
| June 21, 2010 | 69.50 | 29.50 | $ 125.38 |
| June 28, 2010 | 70.00 | 30.00 | $ 127.50 |
| July 5, 2010 | 65.50 | 25.50 | $ 108.38 |
| July 12, 2010 | 67.00 | 27.00 | $ 114.75 |
| July 19, 2010 | 68.50 | 28.50 | $ 121.13 |
| July 26, 2010 | 46.00 | 6.00 | $ 25.50 |
| August 2, 2010 | 58.30 | 18.30 | $ 77.76 |
| August 9, 2010 | 68.00 | 28.00 | $ 119.00 |
| August 16, 2010 | 54.00 | 14.00 | $ 59.50 |
| August 23, 2010 | 62.00 | 22.00 | $ 93.50 |
| August 30, 2010 | 62.50 | 22.50 | $ 95.63 |
| September 6, 2010 | 64.50 | 24.50 | $ 104.13 |
| September 13, 2010 | 55.00 | 15.00 | $ 63.75 |
| September 20, 2010 | 55.50 | 15.50 | $ 65.88 |
| September 27, 2010 | 63.00 | 23.00 | $ 97.75 |
| October 4, 2010 | 52.50 | 12.50 | $ 53.13 |
| October 11, 2010 | 55.00 | 15.00 | $ 63.75 |
| October 18, 2010 | 49.00 | 9.00 | $ 38.25 |
| October 25, 2010 | 58.00 | 18.00 | $ 76.50 |
| November 1, 2010 | 54.50 | 14.50 | $ 61.63 |
| November 8, 2010 | 60.50 | 20.50 | $ 87.13 |
| November 15, 2010 | 52.50 | 12.50 | $ 53.13 |
| November 22, 2010 | 48.50 | 8.50 | $ 36.13 |
| November 29, 2010 | 52.50 | 12.50 | $ 53.13 |
| December 6, 2010 | 60.00 | 20.00 | $ 85.00 |

---

[1] Plaintiff's damages are calculated as a matter of just and reasonable inference. See *Anderson v. Mt. Clemens Pottery Co.*, 328 U.S. 680, 687-688, 66 S.Ct. 1187, 1192-93 (1946). Plaintiff reserves the right to modify his calculations after discovery is taken and payroll information is received from Defendants. Plaintiff will not be able to accurately calculate his hours week by week until such time as when he reviews Defendants' payroll records.

| | | | |
|---|---|---|---|
| December 13, 2010 | 46.00 | 6.00 | $ 25.50 |
| December 20, 2010 | 55.00 | 15.00 | $ 63.75 |
| December 27, 2010 | 51.00 | 11.00 | $ 46.75 |
| | | 603.80 | $ 2,560.01 |
| Average Hours | 58.30 | Total Overtime Due | $ 2,560.01 |
| | | Liquidated Damages | $ 2,560.01 |
| | | **Total Amount Owed** | **$ 5,120.02** |

5. Based upon the foregoing I am entitled to recover from the Defendants two thousand five hundred-sixty dollars and 1/100 cents ($2,560.01) plus the same amount as liquidated damages for a total of five thousand one hundred-twenty dollars and 2/100 cents ($5,120.02) along with reasonable attorney's fees and costs.

Given under my hand and seal this __19__ day of __March__, year 2012.

FURTHER AFFIANT SAYETH NAUGHT

_____   3-19-12
DIANA DE-LEON (AFFIANT)     (Date)

SIGNED AND SWORN to (or affirmed) before me this __19__ day of __March__, year 2012, by **DIANA DE-LEON**, who is personally known to me or who has produced __FL ID__ as identification and who did (did not) take an oath.

_____
Signature

_____
(Print Name)
NOTARY PUBLIC, State of Florida
Commission No.:

SUSETTE MARTINEZ
MY COMMISSION # DD 823905
EXPIRES: October 19, 2012
Bonded Thru Notary Public Underwriters

3