UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

DIANA DE-LEON and all others similarly situated under 29 U.S.C. 216(b),

CASE NO.: 11- 61174-CIV-DIMITROULEAUS

Plaintiff,

vs.

FOUR STAR CORP. CATERING, INC. and JEFF KOPLOW,

Defendant(s).
_____/

## AFFIDAVIT OF PLAINTIFFS' COUNSEL AS TO ATTORNEYS FEES

ON THIS DATE, before me, the undersigned authority, personally appeared Andrew J. Palma, Esq., who upon being only sworn, deposes and says as follows:

1. I am over the age of 21 and have personal knowledge of the matters set forth herein. I am an attorney with the law firm of Carlos A. Gil, P.A. and represent the Plaintiff, DIANA DE-LEON, in the above referenced matter. As an attorney with this firm, I am familiar with the services rendered and all costs and expenses incurred on behalf of our clients in prosecuting this action.

2. In this action to recover unpaid overtime compensation my office perform at a minimum, the following legal services:

    A. Met with Plaintiff to discuss employment history, review employment records and discuss work environment.

B. Conducted legal research into FLSA violations and conducted thorough review of the employment records provided.

C. Drafted correspondence to Defendants in an effort to resolve matter.

D. Drafted Complaint, Summons, and Consent to Join;

E. Review Answers and other defensive pleading;

F. Drafted Motion to Strike, Motion for Extension of Time, Proposed Scheduling Report, Response to Order to Show Cause, Request for Admission, Production, and Interrogatories, Various Motions to Compel Discovery, Responses in opposition and Proposed Orders.

G. Drafted numerous correspondence and emails to opposing parties and counsel.

H. Attended court ordered mediation.

3. For legal services performed in this FLSA case the office Carlos A. Gil, P.A. requests reasonable attorney's fees of $250.00 per hour. The time expended by this office, including the time required for the preparation of our Motion to Strike and for Default Final Judgment is 27.50hrs for a total of six thousand eight hundred seventy-five dollars ($6,875.00).

4. I am also familiar with the costs and expense that Carlos A. Gil, P.A. incurred on behalf of our client in this action. These costs and expenses are ad follows:

**Costs:**

| | |
|---|---|
| A. Filing fee | $350.00 |
| B. Investigation/Service of Process | $80.00 |
| C. Mediation Expenses | $350.00 |
| **Total** | **$780.00** |

**FURTHER AFFIANT SAYETH NAUGHT**

Given under my hand and seal this \_\_16\_\_ day of \_\_March\_\_, year 2012.

CARLOS A. GIL, P.A.
*Attorneys for Plaintiff*
3910 West Flagler Street, Suite 100
Miami, Florida 33134
Tel: 305-443-2525
Fax: 305-443-2728

By _____
Andrew J. Palma, Esq.
Fla. Bar ID No. 0084547

COUNTY OF MIAMI-DADE    )
STATE OF FLORIDA        )

The foregoing instrument was acknowledged before me this \_\_16\_\_ day of \_\_March\_\_, 2012 by Andrew J. Palma, who is personally known to me or who has produced _____ as identification and who did (did not) take an oath.

Signature _____

(Print Name) _____
NOTARY PUBLIC, State of Florida

SUSETTE MARTINEZ
MY COMMISSION # DD 823905
EXPIRES: October 19, 2012
Bonded Thru Notary Public Underwriters

## *Carlos A. Gil, P.A.*
3910 West Flagler Street
Suite 100
Miami, FL 33134

Ph:305-443-2525    Fax:305-443-2728

DIANA DE-LEON                                                              March 15, 2012
1005 SW 8TH AVE
HALLANDALE, FLORIDA
33009

|  |  |
|---|---|
| | File #:   L11-001 |
| **Attention:** | Inv #:   Sample |

**RE:**    DE-LEON, DIANA v. FOUR STAR CORP. CATERING, INC.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-04-11 | Case File Review - meeting with client - Legal Research | 2.00 | 500.00 | HMG |
| Jan-05-11 | Legal Drafting - Legal Drafting - Case File Review | 1.70 | 425.00 | HMG |
| Jan-27-11 | Legal Drafting Correspondence to opposing party | 0.50 | 125.00 | HMG |
| Feb-01-11 | Case File Review - Telephone call to opposing counsel - Telephone call to client - Case File Update | 0.60 | 150.00 | HMG |
| Mar-07-11 | Case File Review - Legal Drafting Correspondence to Opposing party | 0.50 | 125.00 | HMG |
| Apr-20-11 | Telephone call to opposing party - Legal Drafting Correspondence to opposing party | 0.50 | 125.00 | HMG |
| May-12-11 | Legal Drafting Federal Complaint - Summons - Consent to Join - Cover sheet | 1.20 | 300.00 | HMG |
| Jun-14-11 | Receipt and review of notice of appearance for Four Star - Opposing counsel then asked for an extenssion - Agreed to 10 days | 0.20 | 50.00 | CAG |
| Aug-03-11 | Telephone call to opposing counsel - Legal Drafting Correspondence to Opposing Counsel | 1.00 | 250.00 | HMG |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Aug-10-11 | Legal Drafting - Legal Research motion to strike | 1.50 | 375.00 | CAG |
| Aug-11-11 | Legal Drafting motion for extention of time - Legal Drafting Orders | 1.00 | 250.00 | HMG |
| Aug-19-11 | Legal Drafting Correspondence to Opposing Counsel regarding compliance with court's order | 0.20 | 50.00 | CAG |
| Sep-12-11 | Legal Research - Legal Drafting - Scheduling Report | 1.50 | 375.00 | HMG |
| Sep-14-11 | Receipt and review of Oreder setting trial date | 0.50 | 125.00 | CAG |
| Oct-10-11 | Case File Review - Legal Research - Legal Drafting requests for admissions | 1.00 | 250.00 | HMG |
| Nov-28-11 | Travel and Attendance at mediation - Impasse | 3.00 | 750.00 | HMG |
|  | Case File Review - Legal Drafting request for production - Legal Drafting Correspondence to Opposing Counsel - Legal Drafting letter regarding past due discovery | 1.00 | 250.00 | HMG |
| Dec-08-11 | Legal Drafting motion to compel responses to interrogatories | 0.70 | 175.00 | CAG |
| Dec-09-11 | Legal Drafting continued on motion to compel and order | 1.50 | 375.00 | HMG |
| Feb-13-12 | Legal Drafting motion to compel production of documents | 1.00 | 250.00 | HMG |
| Feb-14-12 | Legal Drafting final review of motion to compel | 1.00 | 250.00 | HMG |
| Mar-12-12 | Case File Review - Legal Drafting motion for default judgment - to be continued | 0.60 | 150.00 | HMG |
| Mar-13-12 | Legal Drafting continued | 4.00 | 1,000.00 | HMG |
| Mar-15-12 | Legal Drafting Affidavits - | 0.80 | 200.00 | HMG |
|  | Totals | 27.50 | $6,875.00 |  |

**DISBURSEMENTS**

|           |                                |          |
|-----------|--------------------------------|----------|
|           | FILING FEE                     | 350.00   |
| May-20-11 | SERVICE OF PROCESS [$40 * 2]   | 80.00    |
| Nov-28-11 | Mediation Expense [Karen Evans]| 350.00   |
|           | Totals                         | $780.00  |

**Total Fee & Disbursements**                               $7,655.00

**Balance Now Due**                                         $7,655.00