UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

DIANA DE-LEON and all others                CASE NO.: 11- 61174-CIV-DIMITROULEAS
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,
vs.

FOUR STAR CORP. CATERING, INC. and
JEFF KOPLOW,

    Defendant(s).
_____/

## ORDER STRIKEING DEFENDANTS' ANSWER & AFFIRMATIVE DEFENSES AND GRANTING DEFAULT FINAL JUDGMENT

THIS CAUSE came to be heard on Plaintiff, DIANA DE-LEON, Motion to Strike the Defendants' Answer & Affirmative Defenses and Requests the Entry of a Default Final Judgment due to Defendants' complete failure to comply with four (4) separate Court Orders, failure to comply with the applicable Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida. The Court having reviewed the Court file and evidence presented and being otherwise fully advised in the premises, it is;

HEREBY FOUND that:

1. The Defendants have failed to comply with this Court's May 20, 2011 "Order Requiring Counsel To Meet, File Joint Scheduling Report and Joint Discovery Report" ("Scheduling Order" (DE 4)). Pursuant to said Order and S.D. Fla. L.R. 16.1(b), the Defendants were required to meet with Plaintiff's counsel in order to present a Joint Scheduling Report by August 12, 2011.

2. Despite the Plaintiff's best efforts the Defendants' provided no cooperation resulting in Plaintiff's counsel having to unilaterally file "Plaintiff's Motion for Extension of Time to

Comply with Order Requiring counsel to Meet, File Joint Scheduling Report and Joint Discovery Report" (DE12) and unilateral "Proposed Scheduling and Discovery Report" (DE 17).

3. While this Court adopted the Plaintiff's unilaterally filed Proposed Scheduling and Discovery Report and entered an "Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge" ("Trial & Discovery Order" (DE 18)) on September 12, 2011, the Defendants never complied and remain in contempt of the Court's Scheduling Order (DE 4).

4. The Defendants have failed to comply with this Court's Trial & Discovery Order (DE 18) entered on September 21, 2011.

5. The Defendants have failed to promptly cooperate in the Mediator selection process as ordered, failed to Comply with the Initial Disclosures requirements under Rule 26(a)(1), and have failed to comply with the Plaintiff's Discovery Requests by the Discovery Deadline.

6. The Defendants have failed to comply with the Court's January 18, 2012 Order Compelling Responses to Written Discovery (DE 27).

7. The Defendants have failed to comply with the Court's second Discovery Order entered on March 7, 2012, which Compelled the Production of Documents (DE 30).

8. The Defendants have shown a continuous and systematic disregard for this Court's Orders which evidences their indifference towards this Court's authority; accordingly, it is;

ORDERED AND ADJUDGED that:

9. This Court is satisfied that the Defendants have willfully, or in bad faith, failed to comply with this Court's orders. Accordingly, this Court being satisfied that a lesser sanction would not serve the interests of justice, the Defendants' Answer and Affirmative Defenses are hereby stricken and a Default Final Judgment is entered against them.

10. Judgment is hereby entered against the Defendants, FOUR STAR CORP. CATERING, INC. and JEFF KOPLOW, jointly and severally, for failure to pay the Plaintiff, DIANA DE-LEON, overtime wages in violation of the Fair Labor Standards Act.

11. Defendants, FOUR STAR CORP. CATERING, INC. and JEFF KOPLOW, will pay to Plaintiff damages in the amount of $2,560.01 along with liquidated damages in the amount of $2,560.01 pursuant to 29 U.S.C. 216(b) for failure to pay overtime compensation. The aggregate amount due is **$5,120.02** which amount shall bear interest at the highest applicable rate prescribed by 28 U.S.C. §1961 and for which *let execution issue forthwith*.

12. Plaintiff shall recover from Defendants costs taxed in the sum of $780.00 along with attorney's fees for services rendered by the Law Office of Carlos A. Gil, P.A. in the amount of $6,875.00. The aggregate amount due is **$7,655.00** which amount shall bear interest at the highest applicable rate prescribed by 28 U.S.C. §1961 and for which *let execution issue forthwith*.

DONE AND ORDERED in chambers at Fort Lauderdale, Florida this _____ day of _____ 2012.

                WILLIAM P. DIMITROULEAS
                United States District Judge

COPIES FURNISHED TO:
Andrew J. Palma, Esq.
Keith Grumer, Esq.