UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61174-CIV-DIMITROULEAS

DIANA DE-LEON, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

FOUR STAR CORP. CATERING, INC. and
JEFF KOPOLOW,

    Defendants.
_____/

### ORDER REFERRING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AGAINST DEFENDANTS PURSUANT TO COURT ORDER (DE 39)

THIS CAUSE is before this Court on Plaintiff's Motion for Attorneys' Fees Against Defendants Pursuant to Court Order [DE 46]. The Court has considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion [DE 46] is hereby **REFERRED** to United States Magistrate Judge Lurana S. Snow for appropriate disposition or report and recommendation, pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of June, 2012.

                                                      WILLIAM P. DIMITROULEAS
                                                      United States District Judge

Copies furnished to:

Counsel of record